# Exhibit A



ALASKA   CALIFORNIA   FLORIDA   MID-PACIFIC   NORTHEAST   NORTHERN ROCKIES
NORTHWEST   ROCKY MOUNTAIN   WASHINGTON, D.C.   INTERNATIONAL

November 2, 2015

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Victor Staffieri, Chief Executive Officer and President
Kentucky Utilities Company
P.O. Box 32010
Louisville, KY 40232

RE:   60-Day Notice of Intent to File Citizen Suit Under Clean Water Act Section 505(a)(1) for Kentucky Utilities Company's Violations of Clean Water Act and Kentucky Pollutant Discharge Elimination System Permit KY0002020 at the E.W. Brown Generating Station in Harrodsburg, Kentucky

Dear Mr. Staffieri:

In accordance with Section 505 of the Clean Water Act (the "Act" or the "CWA"), 33 U.S.C. § 1365, and 40 C.F.R. Part 135, the Sierra Club and Kentucky Waterways Alliance hereby notify you that Kentucky Utilities Company ("KU" or the "Company") has violated and continues to violate an "effluent standard or limitation" under Section 505(a)(1)(A) & (f) of the Act, 33 U.S.C. § 1365(a)(1)(A) & (f), by discharging pollutants at the E.W. Brown Generating Station in Harrodsburg, Kentucky without authorization in a National Pollutant Discharge Elimination System ("NPDES") permit and outside the limited authorization to discharge in E.W. Brown's Kentucky Pollutant Discharge Elimination System ("KPDES") Permit, Permit KY0002020.  If, within sixty days of the postmark of this letter, you do not bring your discharges into full compliance with the Act and your KPDES permit, we intend to file a citizen suit seeking civil penalties for your ongoing violations and an injunction compelling you to comply with the Act.

I.   Background

The E.W. Brown Generating Station is a three-unit coal-fired power plant situated on the west side of the Dix River, beside the hydroelectric dam that created Herrington Lake.  The plant has burned coal and generated coal combustion residuals ("CCR"), consisting principally of bottom ash and fly ash, since the 1950s.[1]  At that time, a CCR settling pond was constructed by damming the valley above Curds Inlet on Herrington Lake.[2]  The Main Ash Pond, as it is known, is an unlined pond that, after successive expansions, has a surface area of approximately 114 acres, and contains approximately 6 million cubic yards of unconsolidated CCR.  The Main Ash

---

[1] Amec Foster Wheeler Env't & Infrastructure, Inc., Groundwater Assessment Report Update 1-1 (2015).
[2] *Id.* at 3-2.

1101 LAKE STREET, SUITE 405B   OAK PARK, IL 60304

T: 212.845.7387   F: 212.918.1556   TCMAR@EARTHJUSTICE.ORG   WWW.EARTHJUSTICE.ORG

Pond stopped receiving sluice water in 2008.[3]  At that time, the Auxiliary Ash Pond, a lined pond, replaced the Main Ash Pond as the active CCR settling site.[4]

In 2011, KU initiated a program of groundwater monitoring as a condition of the permitting process for construction of a proposed landfill on top of the Main Ash Pond.[5]  The monitoring data is found in two reports that the Company has submitted to the Kentucky Division of Waste Management in connection with that process.  The Groundwater Assessment Report describes groundwater data collected through early 2013.  The Groundwater Assessment Report Update describes groundwater data collected through 2014.  Other reports and information that KU has submitted to the Kentucky Division of Waste Management further describe groundwater and surface water flows and contamination at the E.W. Brown site.[6]

## II.   Clean Water Act Violations

Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants by any person, except (in pertinent part) when authorized by a NPDES permit.  *See also* 40 C.F.R. § 122.41; KRS 224.70-110; 401 KAR 5:065.  Citizens may sue any person who violates an effluent standard or limitation, 33 U.S.C. § 1365(a)(1), which is defined to include both unlawful acts, such as discharges of pollutants that are not authorized by a NPDES permit, *id.* § 1365(f)(1), and violations of any "permit or condition thereof," *id.* § 1365(f)(6).

KPDES permit KY0002020 authorizes KU to discharge pollutants from the E.W. Brown Generating Station to Curds Inlet on Herrington Lake through three external outfalls (Outfalls 001, 002 and 003).[7]  However, upon information and belief, both the Main Ash Pond and Auxiliary Ash Pond at E.W. Brown also have discharged and are discharging on an ongoing basis into HQ Stream, a jurisdictional surface water that flows into Herrington Lake at HQ Inlet.  Discharges of pollutants from the E.W. Brown Generating Station into HQ Stream are not authorized by Permit KY0002020, and they are contrary to the limited authorization to discharge in that permit.  Therefore, each discharge of pollutants from the E.W. Brown Generating Station into HQ Stream violates Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), as well as Permit KY0002020, on each and every day that it occurs.

KU's discharges of pollutants from both the Main Ash Pond and Auxiliary Ash Pond are described and documented in the Company's own reports and information submitted to the Kentucky Division of Waste Management, including but not limited to the 2013 Groundwater

---

[3] *Id.* at 1-1.
[4] *Id.* at 3-2.
[5] *Id.* at 1-2.
[6] *See, e.g.*, AMEC Env't & Infrastructure, Inc., Groundwater Assessment Plan 2-4, 2-5, 2-7 (2012); AMEC Env't & Infrastructure, Inc., Response to Technical Notice of Deficiency (NOD) No. 1: Groundwater Assessment Report 5-6 (2014); Letter from Ronald D. Gruzesky, Manager, Solid Waste Branch, Ky. Div. of Waste Mgmt., to W. Paul Puckett, Senior Eng'r, LG&E and KU Envtl. Affairs Dep't (Jul. 8, 2014); W. Paul Puckett, LG&E and KU Envtl. Affairs Dep't, Groundwater Compliance Monitoring Report, 4th Quarter, 2014 (2015).
[7] KPDES Permit KY0002020 authorizes Outfalls 001, 002, 003 to discharge to Curds Inlet on Herrington Lake at mile point 3.4 at N 37°47'03", W 84°43'09"; N 37°47'11", W 84°42'46"; and N 37°47'13", W 84°42'52", respectively.  Kentucky Pollution Discharge Elimination System Permit No. KY0002020, Cover sheet (Jan. 15, 2010).

2

Assessment Report and the 2014 Groundwater Assessment Report Update. According to these reports and information, both ash ponds discharge to HQ Stream, a jurisdictional surface water, through at least two springs – Briar Patch Spring and HQ Spring – that are hydrologically connected to the ash ponds via groundwater.[8] This conclusion is derived from KU's own dye trace studies, hydrogeological analysis, and groundwater sampling data.[9]

Significant concentrations of pollutants have been measured in the springs affected by ash pond discharge. In Briar Patch Spring, KU's own sampling detected arsenic and selenium at concentrations exceeding the Maximum Contaminant Levels ("MCL"), boron at levels exceeding the EPA Child Health Advisory level, and lead at levels exceeding the EPA action level for drinking water.[10] In HQ Spring, KU's own sampling detected arsenic, selenium, antimony, and thallium at levels exceeding the MCL, and boron at levels exceeding the EPA Child Health Advisory level.[11] In 2011, KU also collected samples from HQ Stream at a site below Briar Patch Spring and HQ Spring and above HQ Inlet.[12] The results of this sampling were consistent with the results of the sampling at Briar Patch and HQ Springs, with high concentrations of boron, and levels of sulfate and total dissolved solids exceeding EPAs secondary MCLs.[13] Unfortunately, KU has not made available more up-to-date water quality data for HQ Stream; the Company has stated that further water quality monitoring of the stream was "deferred."[14]

KU's illegal discharges of pollutants into HQ Stream harm the stream and Herrington Lake and the people who use and enjoy it, including members of Sierra Club and Kentucky Waterways Alliance who live, work, and/or recreate in areas near the E.W. Brown Generating Station. These harms will continue until KU comes into compliance with the Clean Water Act and its KPDES permit at E.W. Brown Generating Station.

Sierra Club and Kentucky Waterways Alliance provide this notice for the violations outlined above, as well as all ongoing and continuing violations, including those committed subsequent to the date of this notice. This notice is given pursuant to 33 U.S.C. § 1365 and 40 C.F.R. § 135.3(a). If KU does not cease those violations within 60 days, Sierra Club and Kentucky Waterways Alliance intend to bring a citizen suit against KU under Section 505 of the CWA, 33 U.S.C. § 1365.

---

[8] Groundwater Assessment Report Update, at 2-10, 3-3, 3-6, 3-8, 3-12, 3-13, 3-15 & 4-9.
[9] *Id.*
[10] Samples were collected from Briar Patch Spring on the following dates: May 9, 2011; May 24, 2011; June 7, 2011; June 21, 2011; January 31, 2012; February 16, 2012; April 13, 2012; May 14, 2012; September 4, 2012; and December 17, 2012. *See* Amec Foster Wheeler Env't & Infrastructure, Inc., Groundwater Assessment Report app. D (2013); Groundwater Assessment Report Update, at 5-2 and app. E; Groundwater Compliance Monitoring Report, 4th Quarter, 2014.
[11] Samples were collected from HQ Spring on the following dates: May 9, 2011; May 24, 2011; June 7, 2011; June 21, 2011; December 17, 2012; January 14, 2013; July 31, 2014; August 29, 2014; and October 16, 2014. *See id.*
[12] Samples were collected from HQ Stream on the following dates: May 9, 2011; May 24, 2011; June 7, 2011; and June 21, 2011. *See id.*
[13] Groundwater Assessment Report, Table 8.
[14] Groundwater Assessment Report Update, at 1-2.

3

Under the CWA, 33 U.S.C. § 1319(d) and 40 C.F.R. § 19.4, each of the violations described herein occurring within the statute of limitations period is subject to a penalty of up to $37,500 per day per violation. KU is also potentially subject to injunctive relief, for example, mitigating the impacts associated with discharging coal ash wastewater directly into Lake Herrington. Moreover, under 33 U.S.C. § 1365, prevailing parties may recover costs of litigation, including attorneys' fees.

### III. Identification of the Party Giving Notice and Counsel

The addresses of Sierra Club and Kentucky Waterways Alliance, the parties giving notice, are as follows:

Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5500

Kentucky Waterways Alliance
120 Webster Street, Suite 217
Louisville, KY 40206
(502) 589-8008

The Sierra Club and Kentucky Waterways Alliance are represented by legal counsel, identified below:

Thomas Cmar
Staff Attorney
Earthjustice
1101 Lake Street, Ste. 405B
Oak Park, IL  60301
(312) 257-9338

Shannon W. Fisk
Benjamin Locke
Earthjustice
1617 John F. Kennedy Blvd., Ste. 1675
Philadelphia, PA  19103
(215) 717-4522

Joe F. Childers
Joe F. Childers & Associates
201 West Short Street, Ste. 300
Lexington, KY 40507
(859) 253-9824

4

IV.     Conclusion

As discussed above, if KU fails to come into compliance with the Clean Water Act and the terms of KPDES Permit KY0002020 within 60 days, Sierra Club and Kentucky Waterways Alliance intend to file a citizen suit under Section 505(a)(1) of the CWA seeking civil penalties and injunctive relief. Sierra Club and Kentucky Waterways Alliance, through this notice letter, further reserve the right to seek civil penalties for any further violations of the Act and KPDES Permit KY0002020 stemming from the issues identified herein that occur after today. *Pub. Interest Research Grp. of N.J., Inc. v. Hercules, Inc.*, 50 F.3d 1239 (3d Cir. 1995).

If KU has taken any steps to eradicate the underlying cause of the violations described above, or if KU believes that anything in this letter is inaccurate, please let us know. If KU does not advise us of any remedial steps or inaccuracies during the 60-day period, we will assume that no such steps have been taken, that the information in this letter is accurate, and that violations are likely to continue. We would be happy to meet with KU or its representatives to attempt to resolve these issues within the 60-day notice period.

Respectfully submitted,

Thomas Cmar
Earthjustice
1101 Lake Street, Ste. 405B
Oak Park, IL  60301
(312) 257-9338
tcmar@earthjustice.org

Shannon W. Fisk
Benjamin Locke
Earthjustice
1617 John F. Kennedy Blvd., Ste. 1675
Philadelphia, PA  19103
(215) 717-4522
sfisk@earthjustice.org
blocke@earthjustice.org

Laurie Williams
Sierra Club
50 F Street, NW, 7th Floor
Washington, DC 20001
(202) 548-4597
laurie.williams@sierraclub.org

Kristin Henry
Sierra Club
85 Second Street, 2nd Floor

        San Francisco, CA  94115
        (415) 977-5716
        kristin.henry@sierraclub.org

        Joe F. Childers
        Joe F. Childers & Associates
        201 West Short Street, Ste. 300
        Lexington, KY 40507
        (859) 253-9824
        childerslaw81@gmail.com

Cc:    Gina McCarthy, Administrator
       U.S. Environmental Protection Agency
       William Jefferson Clinton Federal Building
       1200 Pennsylvania Ave. N.W.
       Washington, D.C. 20460

       Heather McTeer Toney, Regional Administrator
       U.S. Environmental Protection Agency, Region 4
       Sam Nunn Atlanta Federal Center
       61 Forsyth Street, SW
       Atlanta, GA 30303

       Bruce Scott, Commissioner
       Kentucky Department of Environmental Protection
       300 Fair Oaks Lane
       Frankfort, KY 40601

       C T Corporation System
       Registered Agent – Kentucky Utilities Company
       306 W. Main St.
       Suite 512
       Frankfort, KY 40601