# Exhibit C



ALASKA    CALIFORNIA    FLORIDA    MID-PACIFIC    NORTHEAST    NORTHERN ROCKIES
NORTHWEST    ROCKY MOUNTAIN    WASHINGTON, D.C.    INTERNATIONAL

October 26, 2016

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Victor Staffieri, Chief Executive Officer and President
Kentucky Utilities Company
P.O. Box 32010
Louisville, KY 40232

> RE: 90-Day Notice of Intent to File Citizen Suit Under Resource Conservation and Recovery Act Section 7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B) for Kentucky Utilities Company's Violations of the Resource Conservation and Recovery Act at the E.W. Brown Generating Station in Harrodsburg, Kentucky

Dear Mr. Staffieri:

In accordance with Section 7002(a)(1)(B) of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6972(a)(1)(B), the Sierra Club and Kentucky Waterways Alliance hereby notify you of their intent to sue for abatement of an imminent and substantial endangerment to health and the environment in connection with contamination caused by disposal of coal combustion residuals at the site of the E.W. Brown Generating Station in Harrodsburg, Kentucky. If you do not adequately abate the endangerment within the 90-day notice period stipulated by 42 U.S.C. § 6972(b)(2)(A), we intend to file a citizen suit seeking civil penalties for your ongoing violations and an injunction compelling you to comply with the Act.

In addition, we wish to express our continuing concern regarding your failure to bring your discharges into compliance with the Clean Water Act, as we described to you previously in our Notices of Intent of November 2, 2015 and October 20, 2015. We also intend to raise the ongoing violations of the Clean Water Act that we identified in our November 2, 2015 and October 20, 2015 notice letters in any citizen suit that we file and seek civil penalties for those ongoing violations and an injunction compelling compliance with the Clean Water Act as well. Our November 2, 2015 and October 20, 2015 notice letters are incorporated by reference as if fully set forth herein.

> I. **Violation of the Resource and Conservation Recovery Act**

Citizens are entitled to bring suit under Section 7002(a)(1)(B) of the Resource Conservation and Recovery Act against:

> any person . . . who has contributed or who is contributing to the past or present handling, storage, treatment, transportation, or disposal of any solid or hazardous waste which may present an imminent and substantial endangerment to health or the environment.

42 U.S.C. § 6972(a)(1)(B).

Upon information and belief, Kentucky Utilities Company ("KU") has contributed and is contributing to the handling, storage, treatment, transportation, and/or disposal of coal combustion residuals ("CCR") originating at its E.W. Brown Generating Station that may present an imminent and substantial endangerment to health and the environment for which KU is liable under this provision.

The E.W. Brown Generating Station is a three-unit coal-fired power plant situated on the west side of the Dix River, beside the hydroelectric dam that created Herrington Lake. The plant has burned coal and generated CCR, consisting principally of bottom ash and fly ash, since the 1950s.[1] At that time, a CCR settling pond was constructed in order to receive the plant's CCR waste.[2] The pond was constructed by damming the valley above Curds Inlet on Herrington Lake.[3] The Main Ash Pond, as it is known, is an unlined pond that, after successive expansions, has a surface area of approximately 114 acres, and contains approximately 6 million cubic yards of unconsolidated CCR. The Main Ash Pond stopped receiving sluice water in 2008.[4] At that time, the Auxiliary Ash Pond, a lined pond, replaced the Main Ash Pond as the active CCR treatment, storage, and/or disposal site.[5]

CCR waste such as that in the Main Ash Pond and the Auxiliary Ash Pond contains many toxic pollutants. These include, but are not limited to, arsenic, lead, selenium, and cadmium. Arsenic is a carcinogenic pollutant that causes heart problems, nervous systems disorders, and, when present in drinking water, is also linked to miscarriages, stillbirths, and infants with low birth weights. Lead is a potent neurotoxicant that is highly damaging to the nervous system. Selenium can damage the kidney, liver, and nervous and circulatory systems through long-term exposure. Cadmium is a potential carcinogen and potent neurotoxicant pollutant that is highly damaging to the nervous system. Exposure to these pollutants is known to have toxic effects in fish, other aquatic life, and wildlife through waterborne chemical poisoning and through bioaccumulation in the aquatic food chain. In addition, selenium in parents can kill developing fish embryos before hatching or produce skeletal deformities in the young. For these reasons, among others, environmental exposure to these and other pollutants found in CCR waste threatens endangerment to human health and the environment.

KU's own data show significant dispersal of pollutants associated with CCR waste in the vicinity of E.W. Brown Station. The data were collected through a program of groundwater monitoring begun in 2011 and continuing to the present. They show that significant

---

[1] Amec Foster Wheeler Env't & Infrastructure, Inc., Groundwater Assessment Report Update, at 1-1 (2015).
[2] *Id.* at 3-2.
[3] *Id.* at 3-2.
[4] *Id.* at 1-1.
[5] *Id.* at 3-2.

concentrations of coal ash pollutants were present in multiple springs,[6] streams,[7] and at least one seep[8] at the site of E.W. Brown Station, as well as in the adjacent waters of Herrington Lake itself. The major contaminants identified include arsenic, selenium, lead, cadmium, molybdenum, copper, boron, sulfate, and TDS. Boron, sulfate, and TDS have been found by EPA to be leading indicators of releases of contaminants associated with coal combustion wastes. 80 Fed. Reg. 21,302, 21,342 (April 17, 2015).

The contamination documented by KU at the E.W. Brown Station site and within its vicinity is the result of KU's handling, storage, treatment, transportation, and/or disposal of CCR waste at the E.W. Brown site. KU disposes of, and/or stores, the CCR waste generated by the plant in the coal ash ponds located at the E.W. Brown Station site. KU accomplishes this by conveying the CCR waste from the coal boilers through a sluice system that channels waterborne CCR waste to the ponds. Once it is placed into the coal ash ponds, the CCR waste may remain there for years. Over time, the heavier constituents of the CCR waste sink to the bottom. Because of this process of sedimentation, coal ash ponds are sometimes called "treatment ponds."

Upon information and belief, constituents of CCR waste disposed of in the Main and Auxiliary Ash Ponds at the E.W. Brown site discharge into groundwater and surface water (and their underlying sediments) and otherwise enter Herrington Lake in the vicinity of the plant.

The dispersal of CCR pollutants by means of groundwater (and by subsequent discharges of contaminated groundwater to surface water) is especially pronounced at the E.W. Brown site because the plant sits atop a karst system. Karst is known for its unique hydrogeological properties, which make it possible for the ground beneath E.W. Brown to host a multitude of interconnected groundwater flows that channel CCR pollutants away from the ash ponds, and ultimately discharge those pollutants into surface waters. This process of discharging of CCR constituents from the ash ponds into groundwater occurs on an ongoing basis and has done so since CCR waste was first generated at E.W. Brown Station in the 1950s.

Upon information and belief, in addition to contamination of groundwater and surface water directly from the Main and Auxiliary Ash Ponds, CCR waste and/or its constituents are discharged into groundwater and surface water or otherwise enter Herrington Lake in the vicinity of the E.W. Brown plant as it is conveyed through the network of sluice channels and other conveyances that transport CCR waste across the E.W. Brown site, and as it is handled, stored, treated, and/or disposed at other facilities located at the site. KU's own reporting indicates at least two suspected sources of contamination: the Gypsum Processing Plant, and a leak in the underground discharge pipeline for the Auxiliary Ash Pond.[9]

---

[6] These springs include, but are not limited to, Webb Complex, Dam Toe Right, Dam Toe Middle, Dam Toe Left, Ditch, Beaver Dam Cave, HQ, Drain Pipe, Railroad, and Briar Patch. Amec Foster Wheeler Env't & Infrastructure, Inc., Groundwater Assessment Report app. D (2013); Groundwater Assessment Report Update app. H; Groundwater Compliance Monitoring Report, 1st Quarter, 2016 (2016).

[7] These include, but are not limited to, HQ Stream and Railroad Stream. Groundwater Assessment Report, at 4-18 to -19.

[8] It is South Abutment Seep. Amec Foster Wheeler Env't & Infrastructure, Inc., Site-wide Groundwater Remedial Action Plan, at 4-4 (2015).

[9] Groundwater Assessment Report Update, at 3-13.

3

The surface waters identified as most likely affected include Herrington Lake, HQ Stream, and Railroad Stream. Although these bodies of water are moving, they are unable to rid themselves of CCR contamination. The natural flow of springs beneath the E.W. Brown site that discharge into surface waters provides a source of recharge for the contamination in Herrington Lake and nearby streams. Also, a portion of the CCR constituents that enter surface waters settles to the bottom, where the contaminants become lodged in the underlying sediments. These contaminated sediments provide an additional source of recharge for pollution in the waters.

Upon information and belief, contamination in the groundwater and surface waters in the vicinity of the E.W. Brown Station, and their underlying sediments, from KU's handling, storage, treatment, transportation, and/or disposal of CCR waste at E.W. Brown Station endangers public health and the environment. As mentioned above, this includes Herrington Lake and nearby streams. CCR waste constituents in Herrington Lake, nearby streams, and the sediments of those bodies of water are sources of ongoing exposure to fish, other aquatic life, and wildlife, as well as to the people who make use of those waters. Exposure may occur through physical contact with contaminated waters or sediment, or when CCR constituents enter the food chain.

Remedial steps currently underway are inadequate to abate the risk of endangerment.[10] Among other reasons, remedial steps currently underway fail to characterize the full extent of contamination in and around the E.W. Brown Station site, fail to adequately monitor groundwater and surface water quality, and fail to halt, abate, or otherwise adequately address ongoing contamination. Unless or until adequate remedial steps are taken, the endangerment to human health and the environment in the vicinity of the E.W. Brown Station will persist.

Through this lawsuit, Sierra Club and Kentucky Waterways Alliance will request the Court to order KU to take all steps necessary to eliminate the endangerment to public health and the environment in and around the E.W. Brown Station site, including the following: (1) provide full funding for independent studies to determine the most expeditious, cost-effective, and environmentally sound means to remove the CCR waste from the E.W. Brown Station site or otherwise eliminate ongoing migration of CCR pollutants from the coal ash ponds into groundwater, surface water, and sediments; (2) provide full funding for independent studies to determine the most expeditious, cost-effective, and environmentally sound means to fully abate the endangerment associated with CCR pollutants that have already migrated from the coal ash ponds into groundwater, surface water, sediments, and the aquatic food chain; and (3) provide full funding for the enactment of the removal, abatement, and other measures identified in the studies.

## II.     Identification of the Party Giving Notice and Counsel

The addresses of Sierra Club and Kentucky Waterways Alliance, the parties giving notice, are as follows:

---

[10] *See* Site-wide Groundwater Remedial Action Plan.

Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5500

Kentucky Waterways Alliance
120 Webster Street, Suite 217
Louisville, KY 40206
(502) 589-8008

Sierra Club and Kentucky Waterways Alliance are represented by legal counsel, identified below:

Thomas Cmar
Staff Attorney
Earthjustice
1101 Lake Street, Ste. 405B
Oak Park, IL 60301
(312) 257-9338

Shannon W. Fisk
Benjamin Locke
Earthjustice
1617 John F. Kennedy Blvd., Ste. 1130
Philadelphia, PA 19103
(215) 717-4528

Joe F. Childers
Joe F. Childers & Associates
201 West Short Street, Ste. 300
Lexington, KY 40507
(859) 253-9824

Sierra Club is also represented by in-house legal counsel:

Kristin Henry
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5716
kristin.henry@sierraclub.org

### III.    Conclusion

If KU fails to come into compliance with the Resource Conservation and Recovery Act within 90 days, Sierra Club and Kentucky Waterways Alliance intend to file a citizen suit under Section 7002(a)(1)(B) of the RCRA seeking injunctive relief.

5

      If KU has taken any steps to abate the underlying cause of the violations described above (i.e., beyond the steps described in the company documents cited above), or if KU believes that anything in this letter is inaccurate, please let us know.  If KU does not advise us of any remedial steps or inaccuracies during the 90-day period, we will assume that no such steps have been taken, that the information in this letter is accurate, and that violations are likely to continue.  We would be happy to meet with KU or its representatives to attempt to resolve these issues within the 90-day notice period.

                                                Respectfully submitted,

Thomas Cmar
Earthjustice
1101 Lake Street, Ste. 405B
Oak Park, IL  60301
(312) 257-9338
tcmar@earthjustice.org

Shannon W. Fisk
Benjamin Locke
Earthjustice
1617 John F. Kennedy Blvd., Ste. 1130
Philadelphia, PA  19103
(215) 717-4528
sfisk@earthjustice.org
blocke@earthjustice.org

Kristin Henry
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5716
kristin.henry@sierraclub.org

Joe F. Childers
Joe F. Childers & Associates
201 West Short Street, Ste. 300
Lexington, KY 40507
(859) 253-9824
childerslaw81@gmail.com

Cc:    Gina McCarthy, Administrator
        U.S. Environmental Protection Agency
        William Jefferson Clinton Federal Building

1200 Pennsylvania Ave. N.W.
Washington, D.C. 20460

Heather McTeer Toney, Regional Administrator
U.S. Environmental Protection Agency, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303

Aaron Keatley, Commissioner
Kentucky Department of Environmental Protection
300 Fair Oaks Lane
Frankfort, KY 40601

C T Corporation System
Registered Agent – Kentucky Utilities Company
306 W. Main St.
Suite 512
Frankfort, KY 40601