UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| **KENTUCKY WATERWAYS ALLIANCE and SIERRA CLUB,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**KENTUCKY UTILITIES COMPANY,**<br><br>**Defendant.** | No. 5:17-cv-00292-DCR<br><br>ELECTRONICALLY FILED |

## AMENDED AGREED ORDER

Pursuant to LR 7.1(b), Plaintiffs Kentucky Waterways Alliance and Sierra Club request and Defendant Kentucky Utilities Company consents to a 30-day extension of time for Plaintiffs to respond to Kentucky Utilities Company's Motion to Dismiss, which was filed with the Court on September 11, 2017:

WHEREAS, Plaintiffs filed their Complaint in this action on July 12, 2017 (ECF No. 1); and

WHEREAS, Defendant executed a waiver of service of summons on July 14, 2017, which Plaintiffs filed with the Court on July 20, 2017 (ECF No. 8); and

WHEREAS, Defendant responded to the Complaint by filing a Motion to Dismiss on September 11, 2017 (ECF No. 16); and

WHEREAS, Defendant's Motion to Dismiss attaches 28 exhibits and Plaintiffs believe it raises multiple, complex issues of law and fact; and

WHEREAS, pursuant to Local Rule 7.1(c), Plaintiff's response to the Motion to Dismiss would be due on or before October 2, 2017, unless otherwise ordered by the Court; and

1

WHEREAS, Plaintiffs seek a 30-day extension of that deadline to allow adequate time to review the issues raised by the Motion to Dismiss and provide an appropriate response, in light of the scope of Defendant's filing, the number and volume of exhibits, and the complexity of the issues raised; and

WHEREAS, good cause exists for the requested extension of time to ensure that Plaintiffs provide the Court with a helpful response that will best assist the Court in deciding the Motion to Dismiss;

THEREFORE, pursuant to LR 7.1(b), Plaintiffs and Defendant agree that

Plaintiffs shall have until November 1, 2017 to file their response to the Motion to Dismiss.

Have seen and agreed,

/s/ *John C. Bender*
John C. Bender
Brett R. Nolan
Dinsmore & Shohl LLP
250 W. Main Street, Suite 1400
Lexington, KY 40507
859-425-1000
859-425-1099 (fax)
Jack.Bender@dinsmore.com
Brett.Nolan@dinsmore.com

J. Gregory Cornett
Travis A. Crump
Robert J. Ehrler
LG&E and KU Energy LLC
220 W. Main Street
Louisville, KY 40202
502-627-2000
502-627-3367 (fax)
greg.cornett@lge-ku.com
travis.crump@lge-ku.com
bob.ehrler@lge-ku.com

Robert M. Rolfe (*pro hac vice*)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
804-788-8200
704-378-4890 (fax)
rrolfe@hunton.com

/s/ *Joe F. Childers*
Joe F. Childers
201 W. Short Street, Suite 300
Lexington, KY 40507
859-253-9824
859-258-9288 (fax)
childerslaw81@gmail.com

Thomas Cmar (*pro hac vice*)
Earthjustice
1101 Lake Street, Suite 405B
Oak Park, IL 60301
312-257-9338
212-918-1556 (fax)
tcmar@earthjustice.org

Benjamin Locke (*pro hac vice*)
Earthjustice
1617 John F. Kennedy Blvd., Suite 1130
Philadelphia, PA 19103
215-717-4520
212-918-1556 (fax)
blocke@earthjustice.org

*Counsel for Plaintiffs Kentucky Waterways Alliance and Sierra Club*

Nash E. Long (*pro hac vice*)
Brent A. Rosser (*pro hac vice*)
Hunton & Williams LLP
Bank of America Plaza, Suite 3500
101 South Tryon Street
Charlotte, NC 28280
704-378-4700
804-343-4568 (fax)
nlong@hunton.com
brosser@hunton.com

F. William Brownell (*pro hac vice*)
Eric J. Murdock (*pro hac vice*)
Hunton & Williams LLP
2200 Pennsylvania Ave., N.W.
Washington, DC 20037
202-955-1500
202-778-2201 (fax)
bbrownell@hunton.com
emurdock@hunton.com

*Counsel for Defendant Kentucky Utilities Company*

Matthew E. Miller (*pro hac vice*)
Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
202-650-6069
202-547-6009 (fax)
matthew.miller@sierraclub.org

*Counsel for Plaintiff Sierra Club*

Tendered by:

*/s/ Joe F. Childers*
Joe F. Childers
201 W. Short Street, Suite 300
Lexington, KY 40507
859-253-9824
859-258-9288 (fax)
childerslaw81@gmail.com