UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| KENTUCKY WATERWAYS ALLIANCE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5: 17-292-DCR |
| V. | ) ) | |
| KENTUCKY UTILITIES CO., | ) ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date [Record No. 31], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant Kentucky Utilities Co.

2. The plaintiffs' RCRA claim is **DISMISSED**, without prejudice.

3. The plaintiffs' CWA claim is **DISMISSED**, with prejudice.

4. This action is **DISMISSED** and **STRICKEN** from the docket.

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 28th day of December, 2017.



Signed By:
*Danny C. Reeves* DCR
United States District Judge