UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| KENTUCKY WATERWAYS ALLIANCE, et al., | ) ) ) | Civil Action No. 5: 17-292-DCR |
| Plaintiffs, | ) ) | |
| V. | ) ) | **JUDGMENT** |
| KENTUCKY UTILITIES CO., | ) ) | |
| Defendant. | ) ) | |

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Kentucky Utilities Co., with respect to all claims asserted in this proceeding by Plaintiffs Kentucky Waterways Alliance and the Sierra Club.

2. The claims asserted in this action by Plaintiffs Kentucky Waterways Alliance and the Sierra Club against Defendant Kentucky Utilities Co. are **DISMISSED**, with prejudice.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

- 2 -

Dated: May 17, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 2 -