UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| KENTUCKY WATERWAYS ALLIANCE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5: 17-292-DCR |
| V. | ) ) ) | |
| KENTUCKY UTILITIES CO., | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a Proposed Agreed Order of Dismissal, which the Court construes as a joint motion to dismiss the action as settled. [Record No. 128]

Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' construed motion [Record No. 128] is **GRANTED**.

2. The claims asserted by the plaintiffs against Defendant Kentucky Utilities Co. ("Kentucky Utilities") as well as the claims asserted by Kentucky Utilities against the plaintiffs in the defendant's motion for attorney and expert fees are **DISMISSED**, with prejudice.

3. The parties shall bear their respective attorney and expert fees in this matter.

4. This action is **DISMISSED** and **STRICKEN** from the docket.

Dated: September 16, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky